UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
LAUNDRY, DRY CLEANING WORKERS AND :
ALLIED INDUSTRIES HEALTH FUND, UNITE :
HERE! and LAUNDRY, DRY CLEANING :
WORKERS AND ALLIED INDUSTRIES :
RETIREMENT FUND, UNITE HERE!, :
                                          Petitioners, :
    -against- :
OLD MASTERS CLEANERS, :
                                          Respondent. :
------------------------------------------------------------ x

**ORDER GRANTING PLAINTIFF'S PETITION TO CONFIRM ARBITRATION AWARD**

07 Civ. 8806 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

On October 12, 2007, Petitioners filed a petition, with supporting motion papers on December 3, 2007, to confirm the arbitration award in the amount of $910.74 inclusive of 18% interest and 20% liquidated damages. Having received no opposition to the petition and motion, the petition is granted. The Clerk shall enter judgment in that amount, with 18% interest from the date of the arbitration award through the date of judgment, and shall mark the case closed.

        SO ORDERED.

Dated:      April 4, 2008
               New York, New York

                                               ALVIN K. HELLERSTEIN
                                               United States District Judge

1