```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE
HERE! and LAUNDRY, DRY CLEANING
WORKERS AND ALLIED INDUSTRIES
RETIREMENT FUND, UNITE HERE!,

                Petitioners,           07 **CIVIL** 8806 (AKH)

    -against-                             **JUDGMENT**

OLD MASTERS CLEANERS,              # 08, 0689
                Respondent.
------------------------------------------------------X

       Petitioner having moved to confirm the arbitration award in the amount of $910.74 inclusive of 18% interest and 20% liquidated damages, and the matter having been brought before the Honorable Alvin K. Hellerstein, United States District Judge, and the Court, on April 4, 2008, having issued its Order granting the petition and directing the Clerk of the Court to enter judgment in the amount of $910.74, with 18% interest from the date of the arbitration award through the date of judgment and to close the case, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 4, 2008, the petition is granted and judgment is entered in the amount of $910.74, with 18% interest from the date of the arbitration award through the date of judgment of $107.34 for a total sum of $1,018.08; accordingly, the case is closed.

**Dated:** New York, New York
         April 25, 2008

                                       **J. MICHAEL MCMAHON**
                                       **Clerk of Court**
                       BY:
                                       **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON** _____